**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00393-MSK-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KIM CLARK VARNEY,

       Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On October 9, 2006, the probation officer submitted a petition for early termination of probation in this case.  On October 12, 2006, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service.  The petition was served on the United States on October 12, 2006, and the United States has not objected to the proposed relief.  Accordingly, it is

       ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

       Dated this 2nd day of November, 2006

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge